# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156150

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOSHUA WADE,
            Plaintiff-Appellant,

v                                                        SC: 156150
                                                         COA: 330555
                                                         Court of Claims:
UNIVERSITY OF MICHIGAN,                                   15-000129-MZ
            Defendant-Appellee.
_____/

By order of December 20, 2017, the application for leave to appeal the June 6, 2017 judgment of the Court of Appeals was held in abeyance pending the decisions in *Michigan Gun Owners, Inc v Ann Arbor Public Schools* (Docket No. 155196) and *Michigan Open Carry, Inc v Clio Area School District* (Docket No. 155204). On order of the Court, the cases having been decided on July 27, 2018, 502 Mich 695 (2018), the application is again considered and, it appearing to this Court that the case of *New York State Rifle & Pistol Ass'n, Inc v City of New York*, cert gtd 586 US ___ (2019) (Docket No. 18-280) is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

BERNSTEIN, J., did not participate.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2019



Clerk

d0515